

**SO ORDERED.**

**SIGNED this 14 day of November, 2012.**

_____
**James D. Walker, Jr.
United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-10755 |
| | ) | |
| STANLEY L. BANKS | ) | CHAPTER 13 |
| EMILY F. BANKS | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CAPITAL ONE, N.A. | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| STANTLEY L. BANKS | ) | |
| EMILY F. BANKS | ) | |
| Debtors and Kristin Hurst, Trustee | ) | |
| | ) | |
| Respondents, | ) | |
| | ) | |

**CONSENT ORDER**

Capital One, N.A. filed a Motion for Relief from Stay with an order to which the Debtor has already consented, in conjunction with Debtor's intent to surrender their 2006 Kawasaki

Vulcan ( the "Vehicle"), which is not opposed by Trustee. Therefore, for good cause shown, it is herby

**ORDERED** that the Motion is GRANTED; the automatic stay of 11 U.S.C. § 362 is modified to permit Capital One, N.A. to take possession and dispose of the Vehicle in a commercially reasonable manner, to apply the net proceeds to its lawful claim; provided however, that Movant shall promptly remit any remaining proceeds to the Chapter 13 Trustee for distribution according to the priorities established by the law. It is further

**ORDERED** that this Order shall be effective and enforceable immediately upon entry.

[END OF DOCUMENT]

| **CONSENTED TO:** | **NO OPPOSITION** |
|---|---|
| BROCK & SCOTT, PLLC | CHAPTER 13 TRUSTEE |
| /s/ Sean M. Corcoran | /s/Kristin Hurst |
| Sean M. Corcoran<br>Brock & Scott, PLLC<br>15121 Parkway Plaza Blvd.<br>Brock & Scott, PLLC<br>Charlotte, NC 28212<br>Tel: (704)-369-0676<br>Attorney for Creditor | Kristin Hurst<br>P.O. Box 1907<br>Columbus, GA 31902 |

DEBTORS ATTORNEY

/s/F. Anthony Blakey

F. Anthony Blakey
2539 Lafayette Plaza Drive
P.O. Box 70879
Albany, GA 31708

## DISTRIBUTION LIST

IN RE: Stanley L. Banks and Emily F. Banks
Case No.: 12-10755 Chapter 13

| | |
|---|---|
| COUNSEL FOR MOVANT: | Sean M. Corcoran<br>Brock & Scott, PLLC<br>15121 Parkway Plaza Blvd.<br>Brock & Scott, PLLC<br>Charlotte, NC 28212<br>Tel: (704)-369-0676<br>Attorney for Creditor |
| COUNSEL FOR DEBTOR: | F. Anthony Blakey<br>2539 Lafayette Plaza Drive<br>P.O. Box 70879<br>Albany, GA 31708 |
| CHAPTER 13 TRUSTEE: | Kristin Hurst<br>P.O. Box 1907<br>Columbus, GA 31902 |
| DEBTORS: | Stanley L. Banks<br>Emily F. Banks<br>1202 Stephen Lane<br>Albany, GA 31705 |